IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AHLUWALIA ASSOCIATES, LLC    §
                             §
VS.                          §    ACTION NO: 4:24-CV-616-Y
                             §
VEOLIA NORTH AMERICA, LLC    §

## ORDER FOR ADMISSION PRO HAC VICE

The Court has considered the Application for Admission Pro Hac Vice of Emily Kesler. The application is **GRANTED**. The clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

Further, if Applicant has not already done so, she must submit through the Court's website[1] an electronic case files ("ECF") registration request via PACER within two weeks of this order. Failure to do so may result in the revocation of pro-hac-vice status and Applicant's withdrawal from the case. See N.D. TEX. CIV. R. 5.1(f).

SIGNED June 30, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] At www.txnd.uscourts.gov under Attorneys/Bar Membership/E-File Registration.

ORDER ADMITTING PRO HAC VICE – PAGE SOLO