## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **AHLUWALIA ASSOCIATES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-00616-Y** |
| | § | |
| **VEOLIA NORTH AMERICA, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER SETTING STATUS CONFERENCE

By order dated July 7, 2026, Senior United States District Judge Terry R. Means ordered the parties to conduct a mediation with the undersigned during August 2026. ECF No. 51. To facilitate the scheduling of that mediation, the Court hereby sets a Status Conference, via telephone, on **July 10, 2026 at 10:00 a.m.** The Clerk will email the instructions to access the conference to counsel for the parties.

Prior to the Status Conference, counsel **SHALL** confer and be prepared to discuss three proposed convenient dates for mediating the case in person at the Eldon B. Mahon United States Courthouse in Fort Worth, Texas, during August 2026.

It is so **ORDERED** July 8, 2026.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE